GREGORY P. O'HARA (SBN: 131963)
bcopeland@nixonpeabody.com
LAUREN M. MICHALS (SBN: 184473)
lmichals@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA  94111-3600
Tel:  415-984-8200
Fax:  415-984-8300


Attorneys for Defendant
EAGLE TECH, INC.


# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC, a California limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>EAGLE TECH, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:26-CV-00290-LJC<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-1 AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE;  ORDER**<br><br>Complaint Filed: January 10, 2026<br>Trial Date: None Set |

Pursuant to Civil L.R. 6-1, Plaintiff EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC ("Plaintiff") and Defendant EAGLE TECH, INC. ("Defendant") (collectively, the "Parties"), by and through their respective attorneys, jointly hereby stipulate as follows:

WHEREAS, on January 10, 2026, Plaintiff filed a Complaint in the above-referenced action against Defendant;

4931-4437-1865.1

WHEREAS, Defendant's deadline to file a responsive pleading to the Complaint is currently March 23,2026;

WHEREAS, the Parties agree to extend Defendant's deadline to respond to the Complaint up to and until April 23, 2026;

WHEREAS, the Initial Case Management Conference is presently scheduled for April 16, 2026, at 1:30 p.m., via videoconference, with a Joint Case Management Conference Statement due April 9, 2026;

WHEREAS, the deadline set by the Court for initial disclosures is April 9, 2026;

WHEREAS, Northern District of California Civil Local Rule 6-1(a) permits the Parties to stipulate to extend the time within which Defendant shall answer or otherwise respond to the Complaint without a court order, "provided the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, extending the time within which Defendant shall respond to the Complaint will not automatically impact any deadline set by the Court without a court order being issued;

WHEREAS, Local Rule 6-1(b) permits the parties to submit a stipulation and proposed order to request a change in deadlines and events already fixed by Court order;

WHEREAS, this is the first request to extend Defendant's response date and to enlarge deadlines and hearing dates in this case; and

WHEREAS, the Parties believe that rescheduling the case management conference and deadline for a case management statement and initial disclosures will conserve court resources and allow the Parties to focus on on-going settlement discussions;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties

1. Pursuant to Local Rule 6-1(a):

   a. Defendant's time to file a response to the Complaint is extended to April 23, 2026.

2. Pursuant to Local Rule 6-1(b):

-2-

JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-1 AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER - Case No.: 4:26-cv-00290-LJC

4931-4437-1865.1

a. The Parties request that the Initial Case Management Conference scheduled for April 16, 2026, and Joint Case Management Statement and deadline for initial disclosures be continued by sixty (60) days, or to such later date that is convenient for the Court.

Dated: March 23, 2026

NIXON PEABODY LLP

By: /s/ *Lauren M. Michals*

Gregory P. O'Hara
Lauren M. Michals
Attorneys for Defendant
EAGLE TECH, INC.

Dated: March 23, 2026

LAW OFFICE OF CRAIG A. BRANDT

By: */s/ Craig A. Brandt*

Craig A. Brandt
Attorneys for Plaintiff
EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC

## **ATTESTATION**

In accordance with Civ. L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: March 23, 2026

NIXON PEABODY LLP

By*: /s/ Lauren M. Michals*

Gregory P. O'Hara
Lauren M. Michals
Attorneys for Defendant
EAGLE TECH, INC.

-3-

JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-1 AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER - Case No.: 4:26-cv-00290-LJC

4931-4437-1865.1

**ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT:

1.  Defendant's time to file a response to the Complaint is extended to April 23, 2026.

2.  The Initial Case Management Conference scheduled for April 16, 2026, at 1:30 p.m., via videoconference, is hereby continued to May 28, 2026, at 1:30 p.m., via videoconference.

3.  The Case Management Statement due by April 9, 2026, is hereby continued to May 21, 2026.

IT IS SO ORDERED.

DATED: March 23, 2026

_____
Hon. Lisa J. Cisneros

-4-

JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-1 AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER - Case No.: 4:26-cv-00290-LJC

4931-4437-1865.1