GREGORY P. O'HARA (SBN: 131963)
bcopeland@nixonpeabody.com
LAUREN M. MICHALS (SBN: 184473)
lmichals@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA  94111-3600
Tel:  415-984-8200
Fax:  415-984-8300


Attorneys for Defendant
EAGLE TECH, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC, a California limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>EAGLE TECH, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:26-CV-00290-LJC<br><br>**THIRD JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-1, AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER AS MODIFIED**<br><br>Complaint Filed: January 10, 2026<br>Trial Date: None Set |

Pursuant to Civil L.R. 6-1, Plaintiff EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC ("Plaintiff") and Defendant EAGLE TECH, INC. ("Defendant") (collectively, the "Parties"), by and through their respective attorneys, jointly hereby stipulate as follows:

THIRD JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO
COMPLAINT PURSUANT TO L.R. 6-1 AND REQUEST TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE; ORDER - Case No.: 3:26-CV-00290-LJC

4931-7183-0441.1

WHEREAS, on January 10, 2026, Plaintiff filed a Complaint in the above-referenced action against Defendant;

WHEREAS, pursuant to prior joint stipulations, Defendant's deadline to file a responsive pleading to the Complaint is currently May 8, 2026;

WHEREAS, the Initial Case Management Conference is presently scheduled for May 28, 2026, at 1:30 p.m., via videoconference, with a Joint Case Management Conference Statement due May 21, 2026;

WHEREAS, Northern District of California Civil Local Rule 6-1(a) permits the Parties to stipulate to extend the time within which Defendant shall answer or otherwise respond to the Complaint without a court order, "provided the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, extending the time within which Defendant shall respond to the Complaint will not automatically impact any deadline set by the Court without a court order being issued;

WHEREAS, the Parties believe that will extending the time for Defendant to respond to the Complaint and that rescheduling the case management conference and deadline for a case management statement and initial disclosures will conserve court resources and will allow the Parties to continue to focus on on-going settlement discussions and a potential resolution of this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties

1. Pursuant to Local Rule 6-1(a):

   a. Defendant's time to file a response to the Complaint is extended to June 8, 2026.

2. Pursuant to Local Rule 6-1(b):

   a. The Parties request that the Initial Case Management Conference scheduled for May 28, 2026, and Joint Case Management Statement and

-2-

THIRD JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-1 AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [ ORDER - Case No.: 3:26-cv-00290-LJC

4931-7183-0441.1

deadline for initial disclosures be continued by sixty (60) days, or to such later date that is convenient for the Court.

Dated: May 7, 2026 NIXON PEABODY LLP

By: /s/ *Lauren M. Michals*

Gregory P. O'Hara
Lauren M. Michals
Attorneys for Defendant
EAGLE TECH, INC.

Dated: May 7, 2026 LAW OFFICE OF CRAIG A. BRANDT

By: */s/ Craig A. Brandt*

Craig A. Brandt
Attorneys for Plaintiff
EDEN ENVIRONMENTAL CITIZEN'S
GROUP, LLC

## **ATTESTATION**

In accordance with Civ. L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: May 7, 2026 NIXON PEABODY LLP

By*: /s/ Lauren M. Michals*

Gregory P. O'Hara
Lauren M. Michals
Attorneys for Defendant
EAGLE TECH, INC.

-3-

THIRD JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-1 AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER - Case No.: 3:26-cv-00290-LJC

4931-7183-0441.1

**ORDER AS MODIFIED**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT:

1.  Defendant's time to file a response to the Complaint is extended to June 8, 2026.

2.  The Initial Case Management Conference scheduled for May 28, 2026, at 1:30 p.m., via videoconference, is hereby continued to July 30, 2026, at 1:30 p.m., via videoconference.

3.  The Case Management Statement due by May 21, 2026, is hereby continued toJuly 23, 2026.

IT IS SO ORDERED.

DATED: May 15, 2026

_____
Hon. Lisa J. Cisneros

-4-

THIRD JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-1 AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER - Case No.: 3:26-cv-00290-LJC

4931-7183-0441.1